An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH U.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
FRANK P. SULLIVAN, DISTRICT
JUDGE,
Respondents,
and
STATE OF NEVADA DEPARTMENT
OF FAMILY SERVICES; ANASTASIA
G.; A.G.; AND J.G.,
Real Parties in Interest.

No. 68514

**FILED**

SEP 2 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This is an original petition for a writ of mandamus or prohibition arising from a juvenile dependency proceeding under NRS Chapter 432B. Petitioner seeks a writ directing the juvenile court to acknowledge him as the father and place the children in his custody without requiring paternity testing.

Having considered the parties' arguments and the documentation provided to this court, we conclude that petitioner has not met his burden of demonstrating that our intervention by extraordinary writ relief is warranted. NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Petitioner has not demonstrated that the juvenile court exceeded its authority in requiring proof of petitioner's paternity or that the juvenile court acted arbitrarily or

SUPREME COURT
OF
NEVADA

(O) 1947A

15-29282

capriciously in ordering therapeutic visitation between petitioner and the children. *See* NRS 34.320; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan*, 120 Nev. at 228, 88 P.3d at 844; *see also Clark Cnty. Dist. Attorney v. Eighth Judicial Dist. Court*, 123 Nev. 337, 346, 167 P.3d 922, 928 (2007) (noting that the child's best interest is the primary focus in placement decisions). Accordingly, we deny this writ petition. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (stating that a petition for extraordinary writ relief is purely discretionary with this court).

It is so ORDERED.

_____, J.
Saitta

_____, J.
Parraguirre

_____, J.
Pickering

cc:  Hon. Frank P. Sullivan, District Judge, Family Court Division
Aaron Grigsby
Christopher R. Tilman
Clark County District Attorney/Juvenile Division
Lewis Roca Rothgerber LLP/Las Vegas
Legal Aid Center of Southern Nevada
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A